**SCOTT E. BRADFORD, OSB #062824**
United States Attorney
District of Oregon
**THOMAS S. RATCLIFFE, INSB #39994-45**
Assistant United States Attorney
Thomas.Ratcliffe@usdoj.gov
1000 SW Third Ave., Suite 600
Portland, Oregon 97204-2936
Telephone:    (503) 727-1000
           Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| DARYN HERZBERG, | Case No. 3:26-cv-00410-JR |
| Plaintiff, | |
| v. | **DEFENDANT'S UNOPPOSED MOTION FOR STAY OF PROCEEDINGS** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

CERTIFICATE OF COMPLIANCE PURSUANT TO LR 7-1

Undersigned counsel has conferred with Plaintiff's counsel, who does not oppose this motion.

MOTION

Pursuant to Fed. R. Civ. P. 6(b), Defendant United States of America hereby moves to stay the proceedings for sixty (60) days in the above-captioned case.

DISCUSSION

On March 3, 2026, Plaintiff filed their complaint alleging claims of negligence brought under 28 U.S.C. § 1346(b) for money damages as compensation for personal injuries.  Dkt. #1.

Defendant's current deadline to respond to Plaintiff's complaint is May 12, 2026.

Page 1        **Defendant's Unopposed Motion for Stay of Proceedings**

The United States Attorney's Office for the District of Oregon is currently critically understaffed due to numerous recent departures. Counsel for Defendant respectfully seeks a 60-day stay to respond to Plaintiff's complaint to ensure sufficient time to onboard and assign this matter to an Assistant United States Attorney.

This Court may extend case deadlines and modify a case schedule for good cause shown pursuant to Fed. R. Civ. P. 6(b)(1). There is good cause to grant this request. This extension will accommodate Defendant's assignment of counsel and ensure additional time to properly address Plaintiff's complaint. Counsel for parties agree to notify the Court by joint status report or otherwise if this matter resolves or there is a change in status before the expiration of the stay deadline. The parties will also provide a proposed scheduling order within two (2) weeks of expiration of the stay if the matter has not resolved. This motion is made in good faith and not for purposes of delay.

## CONCLUSION

For the foregoing reasons, Defendant respectfully requests that the Court grant this motion to stay the case proceedings for 60 days, until July 13, 2026.

Respectfully submitted this 6th day of May, 2026.

SCOTT E. BRADFORD
United States Attorney
District of Oregon


*/s/ Thomas S. Ratcliffe*
THOMAS S. RATCLIFFE
Assistant United States Attorney
Attorneys for the United States


**Page 2        Defendant's Unopposed Motion for Stay of Proceedings**