**SCOTT E. BRADFORD, OSB #062824**
United States Attorney
District of Oregon
**CHARLES D. AGOOS, NYSB #5227269**
Assistant United States Attorney
Charles.Agoos@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2936
Phone: 503.727.1039
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**DARYN HERZBERG,**

Plaintiff,

v.

**UNITED STATES OF AMERICA,**

Defendant.

Case No.: 3:26-cv-00410-JR

**DECLARATION OF CHARLES D. AGOOS IN SUPPORT OF DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S OBJECTIONS TO DEFENDANT'S CONFIDENTIALITY DESIGNATION**

I, Charles D. Agoos, hereby make the following declaration under penalty of perjury pursuant to 28 U.S.C. § 1746 and submit this declaration in support of Defendant's Response in Opposition to Plaintiff's Objections to Defendant's Confidentiality Designation:

1. I am an attorney licensed to practice in the state of New York and am an Assistant United States Attorney in the District of Oregon. I represent Defendant

in this matter. If called as a witness to testify, I could and would competently testify in the matters stated herein.

2. Attached as Exhibit A is a true and correct copy of the Declaration of R.C., filed at ECF 177-2 in Case 3:25-cv-01756-IM.

3. Attached as Exhibit B is a true and correct copy of the Declaration of W.T., filed at ECF 177-3 in Case 3:25-cv-01756-IM.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 13th day of November 2026.

Respectfully Submitted,

*/s/Charles D. Agoos*
CHARLES D. AGOOS
Assistant United States Attorney