# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**PORTLAND DIVISION**

STATE OF OREGON et al.,

Plaintiffs

v.

DONALD TRUMP, *et al.*

Defendants.

Case No.: 3:25-cv-01756

**DECLARATION OF R.C.**

I, R.C., pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. This declaration is based on my personal knowledge and information made available to me in the course of my official duties.

2. This declaration is made in support of the Defendant's Motion for a Protective Order to protect my identity in response to the Plaintiffs' notice that they intend to produce a video of the deposition taken of me to the public.

3. I am the Deputy Director of the Federal Protective Service (FPS), Region 10, which encompasses Alaska, Washington State, Idaho, and Oregon. I have served in that position since September 9th, 2023. FPS is the law enforcement agency within the U.S. Department of Homeland Security (DHS) that protects the federal government facilities and persons therein in accordance with 40 U.S.C. § 1315.

4. On October 24, 2025, I was deposed in this case, and the deposition was transcribed and videotaped. During the deposition, I stated my full name and allowed my face to be videotaped. During the trial, the Court permitted me to identify myself only by my first and last initials ("R.C."). Since the Court did not

permit cameras or video inside the courtroom, my name and likeness were not released to the public outside of the court proceeding.

5. I am extremely concerned that if my name and likeness are released to the public by the plaintiffs, I could become a victim of doxxing, have my reputation maligned, or be subject to threats of serious bodily injury or death. I am also concerned that my family could be subject to the same threats.

6. While my family and I have not been personally victimized yet, I am aware of numerous incidents where other FPS officers or their families have in fact been threatened.

7. As recently as February 9, 2026, an FPS officer who works and lives in the Portland area had two anti-ICE demonstrators show up at his private residence while his wife was home. The demonstrators banged on his door, making his wife fear for her safety. The local police and FPS responded but the two subjects had departed before they arrived.

8. I am aware that on January 23, 2026, when a large group of protesters gathered outside of a downtown Portland hotel late at night where protesters believed Immigration and Customs (ICE) officers were staying. The protesters engaged in loud disruptive behavior in an attempt to disturb the ICE officers staying at the hotel. A number of protesters were arrested by the Portland Police Bureau (PPB) after they refused to leave. The incident was reported by local press. https://www.pressherald.com/2026/01/24/6-arrested-during-protests-near-portland-hotels-suspected-of-hosting-ice-agents/.

9. I am aware that in early February 2026, an FPS officer who was deployed to Portland to assist with Operation Skipjack, observed a vehicle in the parking lot of his hotel in Lake Oswego, OR that he believed may have followed him from his shift at the Portland ICE facility. On or about February 8, 2026, at approximately 1:30 a.m., the FPS officer observed approximately 60 protesters in the parking lot of the hotel where he was staying beating drums and blowing whistles, which kept him, and other FPS personnel who were staying at the hotel, awake for over an hour.

10. I am also aware that protesters have followed our officers as they were driving away from the ICE facility for a good distance.

11. Recently, I was outside of the ICE facility when a man standing 3 feet from me repeatedly yelled that I should use my gun to kill myself. Federal officers are routinely berated with similarly threatening hateful speech; protestors regularly tell FPS officers that we should kill ourselves or that we are being targeted.

12. On February 16, 2026, I took the below photographs of graffiti that had been written on the ICE facility which said "KILL URSELF" and "THE SECOND AMENDMENT IS FOR SHOOTING ICE."







13. Even more concerning is that in Eugene, Oregon, anti-ICE protestors have taken photographs of one of my officers, created "Wanted – Domestic Terrorist" posters with his name and image, and hung them throughout the Eugene area, where he works and lives.

14. Not releasing the video of my deposition and releasing only my initials, as was done in open court, would mitigate significantly the concerns I outlined above.

15. To the extent that my full name is included in any other discovery material in this case, to include depositions of other individuals, I would request that it be treated in a similar fashion as I have requested here.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on March 23rd____ 2026, at Auburn, Washington

R[redacted] C[redacted] Digitally signed by R[redacted]
[redacted]
Date: 2026.03.23 10:21:37 -07'00'

R.C.