# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**
**PORTLAND DIVISION**

| | |
|---|---|
| STATE OF OREGON et al.,<br>Plaintiffs<br><br>v.<br><br>DONALD TRUMP, *et al.*<br><br>Defendants. | Case No.: 3:25-cv-01756<br><br>**DECLARATION OF W.T.** |

I, W.T., pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. This declaration is based on my personal knowledge and information made available to me in the course of my official duties.

2. This declaration is made in support of the Defendant's Motion for a Protective Order to protect my identity in response to the Plaintiffs' notice that they intend to produce a video of the deposition taken of me to the public.

3. I am an Area Commander with the Federal Protective Service (FPS), Region 10. FPS is the law enforcement agency within the U.S. Department of Homeland Security (DHS) that protects the federal government facilities and persons therein in accordance with 40 U.S.C. § 1315. I have been an FPS officer since November 16, 2003. My current duty location, as well as my residence, is Eugene, Oregon. I have been assigned to Eugene since 2004.

4. On October 25, 2025, I was deposed in this case, and the deposition was transcribed and videotaped. During the deposition, I stated my full name and allowed my face to be videotaped. During the trial, the Court permitted me to identify myself only by my first and last initials ("W.T."). Since the Court did not

permit cameras or video inside the courtroom, my name and likeness were not released to the public outside of my testimony at trial.

6. I am concerned that if my name and likeness are released to the public, I could become a victim of doxxing, have my reputation maligned, or be subject to threats of serious bodily injury or death. I am also concerned that my family could be subject to the same threats.

7. Beginning on or about May 15, 2025, anti-immigration enforcement groups in Eugene have taken photographs of me, created "Wanted – Domestic Terrorist" posters with my name and image and hung them throughout Eugene.

8. In addition, on February 9, 2026, an FPS officer who works and lives in the Portland area had two demonstrators show up at his private residence while his wife was home. The demonstrators banged on his door, making his wife fear for her safety. The local police and FPS responded but the two subjects had departed before they arrived.

9. More recently, on February 22, 2026, I noticed individuals taking photographs of my home. A male and female in a white van were parked in my private drive as I was departing my residence. The man appeared to be taking photos of my property and patrol vehicle. Additionally, on two separate occasions while I was driving my marked patrol car, I was followed by vehicles. On one of those occasions the driver followed me until I was within two blocks of my residence.

10. Not releasing the video of my deposition and releasing only my initials, as was done in open court, would mitigate significantly the concerns I outlined above.

11. To the extent that my full name is included in any other discovery material in this case, to include the depositions of other individuals, I would request that it be treated in a similar fashion as I have requested here.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on March ___ 2026, at Eugene, Oregon

W[redacted]T[redacted] Digitally signed by W[redacted]T[redacted]
Date: 2026.03.24 11:41:46 -07'00'

W[redacted]T[redacted]